UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNIFER CABAN,<br>14 Maiden Lane #7<br>New York, NY 10038,<br><br>       PLAINTIFF,<br>  vs.<br><br><br>DEPARTMENT OF JUSTICE,<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530<br><br>      DEFENDANT | )<br>)<br>)<br>) Judge _____<br>) Civil Action No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **COMPLAINT**

### THE PARTIES

1.     Plaintiff Jennifer Caban is a citizen of New York.

2.     Ms. Jennifer Caban is a columnist for VICE who writes for the New York Times, Paris Review, Vanity Fair and Newsweek.  She has received awards and recognitions for both her journalism and work in the arts. In addition to a book release in 2015 and work in the permanent collection of the Museum of Modern Art, Ms. Caban is also a frequent writer on issues relating to surveillance and civil liberties.

3.     Defendant Department of Justice (DOJ) is an agency of the United States.

4.     The Federal Bureau of investigation (FBI) is a component of the DOJ. The FBI has possession, custody and control of records Plaintiff seeks.

## JURISDICTION AND VENUE

5.      This action arises under the Freedom of Information Act ("FOIA"), 5 USC § 552.

6.      This Court has jurisdiction over the parties and subject matter pursuant to 5 USC § 552(a)(4)(B).

7.      Venue is proper in this district pursuant to 5 USC § 552(a)(4)(B).

## BACKGROUND

8.      Ms. Caban is producing an art installation that will feature both her FOIA request and the resulting government records.

9.      Ms. Caban also plans to use the records in a feature on government surveillance of journalists.

10.      Plaintiff incorporates by reference each of the documents referred to in this Complaint.

## PLAINTIFF'S FOIA REQUEST

11.      On March 1, 2013, Ms. Jennifer Caban submitted a FOIA request to the FBI requesting any agency records about her. On March 4, 2013, the FBI responded with a request for a privacy waiver. Ms. Caban complied with the agency request on March 6, 2013.

12.      Ms. Caban received a letter from the FBI dated July 22, 2014 assigning her request tracking number 1250857-000 and stating that the FBI was conducting a search for responsive records.

13.     Ms. Caban received a letter from the FBI dated August 15, 2013 informing Ms. Caban that the agency had located approximately 3,205 responsive pages. The request further asked for Ms. Caban to specify whether she wanted the documents in hard copy or on a CD.

14.     On August 22, 2013, Ms. Caban sent the FBI a request for estimated date of completion by email. On August 22, 2013, Jessica L. Minor responded for the FBI by email informing Ms. Caban that due to voluminous FOIA received by the FBI, the agency was unable to provide an estimated date of completion.

15.     On September 4, 2013, Ms. Caban faxed the FBI an answer, requesting document production of all 3,205 pages on CD, any additional documents that may have become available in the intervening time, and further requesting a date of completion.

16.     On February 9, 2014, Ms. Caban sent the FBI a request for estimated date of completion by email. On February 14, 2014, David P. Sobonya responded for the FBI by email informing Ms. Caban that the estimated date for completion was June 23, 2014. Ms. Caban received no documents before or on June 23, 2014.

17.     On June 27, 2014, Ms. Caban sent the FBI a request for estimated date of completion by email. On June 30, 2014, David P. Sobonya responded for the FBI by email informing Ms. Caban that the estimated date for completion was December 31, 2014.

18.     As of the filing of this Complaint, Ms. Caban has not received a final determination as to whether the FBI will produce the requested records.

19.     Under 5 USC § 552(a)(6)(C)(i), Ms. Caban is deemed to have exhausted her administrative remedies with regard to her FOIA requests to the FBI.

COUNT I:
VIOLATION OF FOIA
(All Defendants)

20.     This Count realleges and incorporates by reference all of the preceding paragraphs.

21.     The FBI has violated FOIA by failing to provide a final determination as to whether it will produce the requested records.

22.     Plaintiff has been and will continue to be irreparably harmed until Defendant is ordered to comply with Plaintiff's FOIA requests.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

(1) Declare the Defendant's failure to comply with FOIA to be unlawful;

(2) Enjoin the Defendant from continuing to withhold the records responsive to Plaintiff's  FOIA requests and otherwise order the Defendant to produce the requested records without further delay;

(3) Grant Plaintiff an award of attorney fees and other litigation costs reasonably incurred in this action pursuant to 5 USC § 552(a)(4)(E)(i); and

(4) Grant Plaintiff such other and further relief which the Court deems proper.

Respectfully Submitted,

   /s/ Jeffrey Light
    Jeffrey L. Light
    D.C. Bar #485360
    1712 Eye St., NW
    Suite 915
    Washington, DC 20006
    (202)277-6213

4

*Counsel for Plaintiff*