UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JENNIFER CABAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL BUREAU OF<br>INVESTIGATIONS,<br>　　　　　Defendant. | Civil Action No. 14-1919 (EGS) |

## JOINT STATUS REPORT

Pursuant to the Court's January 6, 2015 Order, Plaintiff, Jennifer Caban ("Plaintiff"), and Defendant, Federal Bureau of Investigation ("FBI"), submit this Joint Status Report. The parties note that under Local Civil Rule 16.3, this proceeding, brought under the Freedom of Information Act ("FOIA"), is exempt from the local rule's requirements. The parties conferred on January 16, 2015, and submit the following statement:

**1.    Status of FOIA Request, Number of Documents**

The FBI is in the process of reviewing and producing responsive materials. The anticipated number of pages of documents responsive to Plaintiff's FOIA request is approximately 7526. The parties have agreed to a rolling production of documents. The FBI will review 750 pages each month and release non-exempt pages.

**2.    Production Dates**

The parties agree that the FBI will produce documents on or about the 20th of each month, with the first production being released on February 20, 2015, and the last production occurring on or about November 20, 2015.

3. **Meet and Confer**

After the FBI's final production (on or about November 20, 2015), and before or on February 1, 2016, the FBI will confer with Plaintiff and subsequently file a status report informing the Court on what (if any) issues remain to be litigated, and, if necessary, a proposed briefing schedule.

4. **Legal Issues:**

The legal issues in this case may include: (1) whether the FBI has conducted an appropriate search for documents responsive to Plaintiff's FOIA request; and (2) whether the FBI has improperly withheld any non-exempt, responsive documents.

Based on the above production schedule and the required subsequent time for review and discussion, the parties respectfully request this Court allow the parties to defer any decision on whether dispositive motions will be required, and to provide the Court with a proposed briefing schedule, in a second Joint Status Report to be filed no later than February 15, 2016.

Respectfully submitted,

/s/
Jeffrey L. Light
LAW OFFICE OF JEFFREY L. LIGHT

1712 Eye St., NW
Suite 915
Washington, DC 20006
Phone: (202) 277-6213

*ATTORNEY FOR PLAINTIFF*

Ronald C. Machen, Jr.
DC Bar #447889
United States Attorney for the
  District of Columbia

Daniel F. Van Horn
DC Bar #924092
Chief, Civil Division

April Denise Seabrook
DC Bar # 993730
Assistant United States Attorney

555 Fourth Street, N.W., Room E4822
Washington, D.C. 20530
Phone: (202) 252-2525
April.Seabrook@usdoj.gov

*ATTORNEYS FOR DEFENDANT*

-2-